# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Webb-Rite Safety, Inc. ) ASBCA Nos. 60504, 60505
)
Under Contract No. W912EF-14-C-0018 )

APPEARANCES FOR THE APPELLANT: Thomas A. Larkin, Esq.
Jesse C. Ormond, Esq.
Stewart Sokol & Larkin LLC
Portland, OR

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
J. Tyler Moore, Esq.
Deputy District Counsel
U.S. Army Engineer District, Walla Walla

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 19 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60504, 60505, Appeals of Webb-Rite Safety, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals